[No. 12102-2-I.   Division One.   July 15, 1985.]

DAWN MORRIS SCHAB, *Appellant*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 81-2-04727-1, Jack P. Scholfield, J., entered July 15, 1982. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Webster, JJ. Now published at 41 Wn. App. 418.

[No. 13212-1-I.   Division One.   July 16, 1985.]

MT. BAKER RIM COMMUNITY CLUB, *Appellant*, v. THE JOHN'S PENSION PLAN, *Respondent*.

The unpublished opinion in this cause, which was filed on June 10, 1985, is *withdrawn* by order dated July 16, 1985.

[No. 6972-5-II.   Division Two.   July 16, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 83-1-00032-7, James D. Ladley, J., entered March 25, 1983. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich, J., Alexander, J., dissenting.